By the Coprt.
 

 It is contended for the lessors of the Plaintiff, that both events, to-wit, the marriage of Jaca and her death under age, must happen, before the lands vested absolutely in her and defeated the limitation
 
 *495
 
 to Amey; and that the word
 
 or
 
 ought to be construed copulatively as
 
 and.
 
 If it were necessary to resort to this construction to carry into effect the general intent of the testator, the Court would do it: but there is no good reason in this case for giving to the word
 
 or
 
 any other than its ordinary meaning; there is nothing from which the Court can infer, that the testator did not intend that the estate should vest absolutely in Jaca, upon the happening of either
 
 event;
 
 and one of them having happened, we are of opinion, the lands vested absolutely in her, and descended to her heir's at law. — Judgment for the Defendant.